**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**AHMED HASNAT #A221-149-284** — **CIVIL ACTION NO. 1:26-CV-01300 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**D H S / I C E ET AL** — **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT OF DISMISSAL

Pro se Petitioner Abdulkhakim Muminov was ordered removed to Pakistan on August 7, 2025. Doc. 8-4. Both parties waived appeal. *Id.*

According to the ICE online detainee locator service, Petitioner is no longer detained. The United States Attorney's Office has confirmed by e-mail that Petitioner was removed to Pakistan on July 29, 2026.

A petitioner who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011); 28 U.S.C. § 2241.

Accordingly, IT IS HEREBY ORDERED that the Petition (Doc. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED in Chambers this 5th day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**